# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In Re:

Lee David Mork, Jr.

        Debtor(s).

_____

Case Number: 3–23–12218–cjf

**Adversary Case Number: 3–24–00014–cjf**

Lee David Mork Jr.

        Plaintiff(s),

v.

U.S. Department of Education

        Defendant(s).

_____

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | U.S. Bankruptcy Court<br>U.S. Federal Courthouse<br>120 N. Henry Street<br>Madison, WI 53703 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of plaintiff's Attorney (or plaintiff if not represented by counsel):

> Name and Address of Plaintiff's Attorney:
>
> Noe Joseph Rincon
> Krekeler Law S.C.
> 26 Schroeder Court, Suite 300
> Madison, WI 53711
>
> 608–258–8555

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| **United States Bankruptcy Court** <br> **120 North Henry Street** <br> **Courtroom 350** <br> **Madison, WI 53703** <br><br> **OR** <br><br> **If you wish to appear by telephone, call the Court conference line at 1–877–336–1828, access code 8588228##.** | **Date and Time** <br> May 14, 2024 <br> 02:40 PM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

John G Kohler, Clerk

U.S. Bankruptcy Court

BY: /s/ T. Mathison
   Deputy Clerk



**Date of Issuance:  March 15, 2024**