# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0758−3 | User: eADIuser | Date Created: 3/15/2024 |
| Case: 3−24−00014−cjf | Form ID: summons3 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Noe Joseph Rincon    nrincon@ks−lawfirm.com

TOTAL: 1