UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re the Matter:

Lee David Mork, Jr.,

    Debtor.

Bankruptcy Case No. 23-12218-cjf

---

Lee David Mork, Jr.,

    Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,

    Defendant.

Adversary Proceeding No. 24-00014-cjf

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                                 ) ss.
COUNTY OF DANE        )

    The undersigned, being first duly sworn on oath, deposes and says that on March 15, 2024, the Plaintiff's Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint, and Preliminary Pre-Trial Order was electronically filed ed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on March 15, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint, and Preliminary Pre-Trial Order to:

| | |
|---|---|
| Lee David Mork, Jr.<br>601 Sand Pearl Lane, Apt 523<br>Madison, WI 53711 | United States Department of Education<br>400 Maryland Ave, SW<br>Washington, D.C. 20202 |
| Theresa M. Anzivino<br>U.S. Department of Justice<br>222 West Washington Avenue, Suite 700<br>Madison, WI 53703 | |

By: _/s/ Eddie Sanchez_
Eddie Sanchez

Subscribed and sworn to before me
This 15th day March, 2024

_/s/ Rebecca Isige_
Rebecca Isige
Notary Public, State of Wisconsin
My commission expires: 08/30/2025