IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

LEE DAVID MORK, JR.,                                    Case No. 23-12218-cjf
                                                        Chapter 7

                        Debtor.

LEE DAVID MORK, JR.,

                        Plaintiff,

v.                                                      Adversary Case No. 24-00014

U.S. DEPARTMENT OF EDUCATION,

                        Defendant.

## STIPULATION TO PARTIAL DISCHARGEABILITY

Plaintiff Lee David Mork, Jr. (Mork) and the U.S. Department of Education (Education) stipulate as follows:

1.      With respect to certain National Student Loan Data System (NSLDS) loans held by Education, Mork satisfies the criteria for discharge, due to an "undue hardship" pursuant to 11 U.S.C. § 523(a)(8).

2.      That Mork's student loan debt to Education, in the cumulative amount of $158,584.00, plus all ongoing interest accrual, comprises an "undue hardship" and is, therefore, subject to discharge under 11 U.S.C. § 523(a)(8), and should be declared dischargeable by the Court.

3.     That the balance of Mork's student loan debt to Education, in the cumulative amount of $37,618.00, plus all ongoing interest accrual, does not comprise an undue hardship and shall be declared nondischargeable under 11 U.S.C. § 523(a)(8).

4.     The Court may enter an order consistent with the terms of this Stipulation and dismiss the above-captioned adversary proceeding, without costs or fees by either party, including attorney's fees.

Dated November 14, 2024

Respectfully Submitted,

For U.S. Department of Education:

TIMOTHY M. O'SHEA
United States Attorney

By:

*s/ Theresa M. Anzivino*
THERESA (ESA) M. ANZIVINO
Assistant United States Attorney
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI  53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov

Dated November 14, 2024

For Plaintiff:

By:

*s/ Noe J. Rincon*
Noe J. Rincon
Krekeler Law, S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711
(608) 258-8555
nrincon@ks-lawfirm.com