**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: November 15, 2024**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:<br>LEE DAVID MORK, JR.,<br><br>Debtor. | Case No. 23-12218-cjf<br>Chapter 7 |
| LEE DAVID MORK, JR.,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adversary Case No. 24-00014 |

## ORDER DETERMINING DISCHARGEABILITY OF CERTAIN STUDENT LOANS

Based upon the stipulation between Plaintiff Lee David Mork, Jr. (Mork) and Defendant U.S. Department of Education (Education), the Court ORDERS that certain student loan obligations of Mork that are owed to Education are dischargeable under 11 U.S.C. § 523(a)(8). It is FURTHER ORDERED that:

1. With respect to National Student Loan Data System (NSLDS) loans held by Education, Mork satisfies the criteria for discharge, on a partial basis, due to an "undue hardship" pursuant to 11 U.S.C. § 523(a)(8).

2. That Mork's student loan debt to Education, in the cumulative amount of $158,584.00, plus all ongoing interest accrual, comprises an "undue hardship" and is, therefore, subject to discharge under 11 U.S.C. § 523(a)(8) and hereby DISCHARGED.

3. That the balance of Mork's student loan debt to Education, in the cumulative amount of $37,618.00, plus all ongoing interest accrual, does not comprise an undue hardship under 11 U.S.C. § 523(a)(8) and, therefore, is NOT DISCHARGED.

4. That the above-captioned adversary proceeding shall be DISMISSED WITH PREJUDICE, with the parties bearing their own fees and costs, including attorneys' fees.

# # #